**No. 69223.**—Toyoshima & Co., Inc. *v.* United States, protest 64/17693 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of plastic cases permanently fitted and furnished with traveling sets similar in use to leather cases and that the principles are the same as those involved in Abstract 64484, the claim of the plaintiff was sustained.